Cameo Sales *v.* United States Fidelity and
Guaranty Company, Appellant.

Argued June 21, 1971. *Albert J. Schell, Jr.,*
with him *Post & Schell,* for appellant; *James J. Mc-*

*Cabe,* with him *Richard A. Kraemer,* and *Duane, Morris & Heckscher,* for appellee.

Order affirmed.

JACOBS, J., dissents.